UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE NO. 1:14-cv-20083-SEITZ

COMMONWEALTH LABORATORIES, INC.

    Plaintiff,

v.

QUINTRON INSTRUMENT COMPANY, INC.

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART DEFENDANT'S MOTION FOR COSTS

THIS MATTER is before the Court on Magistrate Judge Turnoff's Report and Recommendation [DE 120] recommending awarding Defendant $3,242.21 of the $4,063.21 in costs sought in Defendant's Motion for Entry of Updated Bill of Costs [DE 103]. Specifically, the Report found that all of Defendant's itemized costs were necessary to the litigation and recommended awarding all of them except one duplicate line item, for which Defendant failed to provide a supporting invoice [DE 120, pp. 4-5]. No objections have been filed and the time to do so has passed. Having independently reviewed Judge Turnoff's thorough Report and the record, the Court affirms and adopts the Report. Therefore, it is

ORDERED THAT:

(1)    The Report and Recommendation [DE 120] is **AFFIRMED AND ADOPTED**.

(2)    Defendant's Motion for Entry of Updated Bill of Costs [DE 103] is **GRANTED IN PART**.

(3)    Defendant is awarded **$3,242.21** in taxable costs.

(4)    This **case remains closed**.

DONE AND ORDERED in Miami, Florida, this _11_ day of December, 2015.

                                                      _/s/ Patricia A. Seitz_
                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc: All counsel of record